[No. 47927-3-II.   Division Two.   December 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS WALTER HORTON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 14-1-00454-3, David L. Edwards, J., entered July 24, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Melnick, J.

[No. 47961-3-II.   Division Two.   December 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD G. HALLECK, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 15-1-00137-0, Toni A. Sheldon, J., entered August 3, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Lee, JJ.

[No. 47963-0-II.   Division Two.   December 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN BENTON RAGLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-1-01628-5, Mary Sue Wilson, J., entered August 27, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.

[No. 48059-0-II.   Division Two.   December 6, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN CURTIS BRANDENBURG, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-1-01606-4, Mary Sue Wilson, J., entered September 17, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Melnick, J.